UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JHONGER ANDREY CAICEDO GARCIA,

                    Petitioner,

          v.

KRISTI NOEM, et al.,

                    Respondents.

Case No. 2:25-cv-09255-SRM-MAA

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [12]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired, and no objections have been made.

**IT IS THEREFORE ORDERED** that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action without prejudice.

DATED:  April 24, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE