JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONGER ANDREY CAICEDO GARCIA, | Case No. 2:25-cv-09255-SRM-MAA |
| Petitioner, | **JUDGMENT** |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

**IT IS ORDERED AND ADJUDGED** that the Petition is denied and the action is dismissed without prejudice.

DATED:  April 24, 2026



_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE